UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEKSANDR SHAMILOV,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF FINANCE,<br><br>                    Defendants. | 20-CV-10224 (RA)<br><br>ORDER OF SERVICE |

RONNIE ABRAMS, United States District Judge:

　　Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. Plaintiff's motion for permission to participate in electronic case filing, Dkt. 2, is granted.

　　The Clerk of Court is respectfully directed to issue summonses as to Defendants City of New York and the New York City Department of Finance. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

　　The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package. The Clerk of Court is further directed to terminate the motion pending at Dkt. 2.

SO ORDERED.

Dated:　January 14, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RONNIE ABRAMS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge