USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEKSANDR SHAMILOV,

                      Plaintiff,

v.

CITY OF NEW YORK and NEW YORK
CITY DEPARTMENT OF FINANCE,

                      Defendants.

20-cv-10224 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendants' motion to dismiss this lawsuit. *See* Dkts. 18–20. Mr. Shamilov is directed to respond to the motion within 30 days of this order. In preparing his response, Mr. Shamilov may wish to consult the New York Legal Assistance Group's legal clinic for *pro se* litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

    Mr. Shamilov is also informed that, pursuant to Federal Rule of Civil Procedure 15, he has the right to amend his complaint once as a matter of course within 21 days of service of Defendants' motion.

    Based on the Court's initial review of Defendants' motion to dismiss, the Court finds that good cause exists for a stay of discovery pursuant to Federal Rule of Civil Procedure 26(c). *See Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002) (emphasis added). Discovery is accordingly stayed until the Court decides Defendants' motion to dismiss. If the action is to proceed following adjudication of the motion to dismiss, the Court will schedule an initial status conference following its decision.

Defendants are directed to email a copy of this order to Mr. Shamilov.

SO ORDERED.

Dated:   June 25, 2021
         New York, New York

                                              Ronnie Abrams
                                              United States District Judge