

| | THE CITY OF NEW YORK | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NICHOLAS SCHAEFER<br>Senior Counsel<br>Phone: (212) 356-3187<br>Fax: (212) 356-1148<br>E-mail: nschaefe@law.nyc.gov<br>*E-mail and Fax Not For Service* |

October 5, 2021

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

    Re: *Shamilov v. City of New York et al.*
      20-cv-10224 (RA)

Dear Judge Abrams:

  I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for the City of New York ("City") in the above-referenced action. As this Court is aware, my predecessor filed a motion to dismiss as against Plaintiff's initial Complaint. See ECF Doc. No. 18. In response, Plaintiff recently filed an Amended Complaint on September 23, 2021. See ECF Doc. No. 29.

  Rule 4(c) of this Court's Individual Rules states that, if a plaintiff files an amended complaint, Defendants must, "within fourteen days of service of the amended complaint: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court and the plaintiff stating that it relies on the previously filed motion to dismiss." Here, however, Plaintiff's Amended Complaint expresses an intention to add fourteen (14) individually named defendants to the caption as part of its 78-page Statement of Facts. See ECF Doc. No. 29, Ex. 1.

  Therefore, I write to request an extension of 45 days to November 22, 2021 to respond to the Amended Complaint, as this office will need to determine whether representation will be afforded to the individually named defendants pursuant to General Municipal Law §50-k, and whether they will accept representation if offered. Accordingly, additional time is needed to meet with these individuals and to make a decision concerning their representation, and to allow the undersigned to potentially submit a single pleading or motion on behalf of all Defendants. Plaintiff has consented to this request.

  We thank you for your attention to this matter.

                Respectfully Submitted,
                s/ *Nicholas Schaefer*
                Nicholas Schaefer
                Senior Counsel

cc via ECF:

Aleksandr Shamilov
*Plaintiff Pro Se*

Application granted.

In addition, because Plaintiff's filing of an amended complaint has rendered moot Defendants' prior motion to dismiss, that motion is hereby terminated. The Clerk of Court is respectfully directed to terminate Dkts. 18, 19, and 20.

SO ORDERED.

_____

Hon. Ronnie Abrams
10/07/2021