```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEKSANDR SHAMILOV

                Plaintiff,

v.

CITY OF NEW YORK, et al.,

                Defendants.

No. 20-CV-10224 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Mr. Shamilov's Application to Proceed In Forma Pauparis, Dkt. 35, and his letter in support of his application, Dkt. 36. The Court advises Mr. Shamilov that no further fees are required in order to proceed in the District Court. While the Court recognizes that Mr. Shamilov's financial situation may have recently changed, pursuant to Court policy, the previous paid fees will not be refunded.

SO ORDERED.

Dated:    December 1, 2021
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge