UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/22/2021

ALEKSANDR SHAMILOV,

                Plaintiff,

           v.

CITY OF NEW YORK, et al.,

                Defendants.

No. 20-CV-10224 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

      As the Court's prior Order dated December 8, 2021 indicated, because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See* Dkt. 40. That December 8, 2021 Order neglected to address service on Defendant Kimberly Corker. For all the reasons stated in that Order, the Court now directs the U.S. Marshals Service to serve Defendant Corker.

      To allow Plaintiff to effect service on Defendant Kimberly Corker through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant.

SO ORDERED.

Dated:    December 22, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge