USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEKSANDR SHAMILOV,

                Plaintiff,

v.

CITY OF NEW YORK, et al.,

                Defendants.

No. 20-CV-10224 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     Mr. Shamilov has filed a letter that seeks to add additional information to his amended complaint. *See* Dkt. 44. Defendant City of New York is directed to respond on or before January 11, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:     January 5, 2022
               New York, New York

                                             Ronnie Abrams
                                             United States District Judge