UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/13/2022

ALEKSANDR SHAMILOV,

                Plaintiff,

      v.

CITY OF NEW YORK, et al.,

                Defendants.

No. 20-CV-10224 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Mr. Shamilov filed a letter seeking to add additional information to his amended complaint, Dkt. 44, and Defendant City of New York responded on January 10, 2022, Dkt. 49. The Court hereby grants Mr. Shamilov's request to consider his letter filed at Docket 44 along with his amended complaint. Defendant City of New York may address Plaintiff's additional assertions in its reply.

SO ORDERED.

Dated:     January 13, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge