UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/03/2022

ALEKSANDR SHAMILOV,

          Plaintiff,

v.

CITY OF NEW YORK, et al.,

          Defendants.

No. 20-CV-10224 (RA)

VALENTIN ORDER

RONNIE ABRAMS, United States District Judge:

    Because Plaintiff was granted permission to proceed IFP, by Orders dated December 8 and December 22, 2021, the Court directed the U.S. Marshals Service to serve thirteen individual defendants in this case. The Court has been informed that the Marshals Service was unable to effectuate service on eleven of these defendants at their work addresses because their offices are entirely remote due to the ongoing COVID-19 pandemic. The Court has not yet received an update on whether the remaining two defendants have been served.

    Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a pro se litigant is entitled to assistance in identifying a defendant. As such, counsel for Defendant City of New York shall submit to the Court a letter by no later than March 16, 2022, providing alternate addresses for the following individual defendants, all of whom Plaintiff alleges are employed by the New York City Department of Finance: Kim Chan, Akeem Ayinde, Sanjeev Aggarwal, William Hernandez, Anne Mary Mukassa, Estella Dong, Vaneska Alexander Adams, Ira Elias, Roy Abir, William Marshal, Harry Leonard, Danita McGruder, and Kimberly Corker. Once the Court receives such addresses, it will direct the U.S. Marshals Service to effectuate service on these defendants.

Alternatively, to the extent that Corporation Counsel has been advised that any of these individuals are willing to receive service by email or through Corporation Counsel, it shall include such information in the letter.

SO ORDERED.

Dated:    March 3, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge