USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEKSANDR SHAMILOV,

                Plaintiff,

         v.

CITY OF NEW YORK, et al.,

                Defendants.

No. 20-CV-10224 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

By order dated December 8, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP). On December 8, 2021 and December 22, 2021, the Court ordered the U.S. Marshals Service to effect service of the amended complaint on the individual defendants.

Because Plaintiff has been granted permission to proceed IFP, and for the reasons stated in the Court's Orders on December 8 and 22, 2021, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

The following individual defendants are to be served: Akeem Ayinde, Sanjeev Aggarwal, William Hernandez, Anne Mary Mukassa, Estella Dong, Velaska Alexander-Adams (identified by Plaintiff as Vaneska Alexander Adams), Ira Elias, Roy Abir, William Marshal, Harry Leonard, and Kimberly Corker. To allow Plaintiff to effect service on these Defendants through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). Each of these individuals is an employee of the New York City Department of Finance and can be found at 66 John Street, Room 104, New York, New York, 10038. A copy of the summonses and amended complaint should also be emailed to David Atik of the Department

of Finance at atikd@finance.nyc.gov.  The Clerk of Court is further instructed to issue the summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the individual defendants identified above.

SO ORDERED.

Dated:      March 17, 2022
            New York, New York

                                                                                                                          _____
                                                                                                                          Ronnie Abrams
                                                                                                                          United States District Judge