UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALEKSANDR SHAMILOV,

               Plaintiff,

               -against-

CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------x

20-CV-10224 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on Tuesday, September 20, 2022. As discussed at the conference, the parties are directed to exchange initial disclosures by **October 7, 2022.** The parties are further directed to meet and confer on how to proceed with discovery while Defendants' Motion to Dismiss is pending. See ECF 125-6. If the parties cannot reach an agreement on how to proceed with discovery, Defendants are directed to file their motion to stay discovery by **September 23, 2022**. Plaintiff's response is due **October 7, 2022**. The parties' letter briefs shall not exceed three (3) pages, and there shall be no replies.

If the parties wish to be referred to the Court's Mediation Program, they shall file a request on the docket by **October 7, 2022**.

Defendants are requested to order a copy of the transcript and to provide it to *pro se* Plaintiff.

**SO ORDERED.**

Dated: September 21, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge