UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALEKSANDR SHAMILOV,                    :
                                       :
                Plaintiff,     :        20-CV-10224 (OTW)
                                       :
                -against-     :        **ORDER**
                                       :
CITY OF NEW YORK, et al.,              :
                                       :
                Defendants.    :
                                       :
                                       :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      Plaintiff brings this action *pro se*. By order dated December 8, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. (ECF 39).

## DISCUSSION

      Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the amended complaint, Plaintiff sues Kin Chan, whom the Court understands to be a retired senior director of the New York City Department of Finance. Because Chan is retired, Plaintiff has been unable to provide the Court with a current service address for Chan. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the New York City Department of Finance, must provide Plaintiff and the Court with the last known address it has on file for Chan. The New York City Law Department must provide this information to Plaintiff and the Court within 30 days of the date of this order.

Once the Court receives this information, if will issue an order directing the Clerk of Court to complete the USM-285 forms with the address for Chan and deliver all documents necessary to effect service to the U.S. Marshals Service.

**CONCLUSION**

The Clerk of Court is directed to mail a copy of this order and the amended complaint to the New York City Law Department at: 100 Church Street, New York, New York 10007.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**SO ORDERED.**

Dated: October 12, 2022         _s/ Ona T. Wang_
       New York, New York        **Ona T. Wang**
       United States Magistrate Judge