UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALEKSANDR SHAMILOV,                              :
                                                 :
                    Plaintiff,                   :          20-CV-10224 (OTW)
                                                 :
        -against-                                :
                                                 :          **ORDER**
CITY OF NEW YORK, et al.,                        :
                                                 :
                    Defendants.                  :
                                                 :
                                                 :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

*Pro se* Plaintiff's motion for an extension to respond to Defendants' Motion to Dismiss from November 7, 2022, to **December 22, 2022**, is **GRANTED**. (ECF 135). Defendants' Reply is due **January 12, 2023**.

Defendants filed a motion to stay discovery. (ECF 128). *Pro se* Plaintiff consented to the motion to stay discovery. (ECF 131). On October 12, 2022, the Court referred the parties to the Court's Mediation Program. (ECF 134). Accordingly, the motion to stay is **GRANTED** pending mediation. The parties are directed to file a joint status letter on mediation by **December 22, 2022**.

The Clerk of Court is respectfully directed to close ECF 128.

**SO ORDERED.**

                                                    _s/ Ona T. Wang_____
Dated: November 1, 2022                             **Ona T. Wang**
       New York, New York                           United States Magistrate Judge