**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ALEKSANDR SHAMILOV,

               Plaintiff,                                 20-CV-10224 (OTW)

         -against-                              **ORDER OF SERVICE**

CITY OF NEW YORK, et al.,

               Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff brings this action *pro se*. By order dated December 8, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. (ECF 39).

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the Plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendant Kin Chan through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the Defendant. The Clerk of Court is further instructed to issue the summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue the summons, complete the USM-285 form with the address for Kin Chan, and deliver all documents necessary to effect service to the U.S. Marshals Service.

**SO ORDERED.**

Dated: November 10, 2022
    New York, New York

    *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge