**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ALEKSANDR SHAMILOV,

            Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

           Defendants.

-----------------------------------------------------------x

20-CV-10224 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

*Pro se* Plaintiff's motion for an extension to respond to Defendants' Motion to Dismiss from December 22, 2022, to **February 7, 2023**, is **GRANTED**. (ECF 140). Defendants' Reply is due **February 28, 2023**.

**SO ORDERED.**

Dated: December 20, 2022
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge