**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEKSANDR SHAMILOV,

            Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------x

20-CV-10224 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status letter on mediation. (ECF 142). The parties are directed to file a joint status letter on mediation by **February 28, 2023**.

**SO ORDERED.**

Dated: December 21, 2022
       New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                                      United States Magistrate Judge