**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ALEKSANDR SHAMILOV,                              :
                                                 :
             Plaintiff,     :        20-CV-10224 (RA) (OTW)
                                                 :
        -against-               :        **<u>ORDER</u>**
                                                 :
CITY OF NEW YORK, et al.,                         :
                                                 :
          Defendants.         :
                                                 :
                                                 :
-------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       *Pro se* Plaintiff's motion for an extension to respond to Defendants' Motion to Dismiss

from February 7, 2023, to **March 24, 2023**, is **GRANTED**. (ECF 144). Defendants' Reply is due

**April 20, 2023**.


       **SO ORDERED.**



                                               *s/ Ona T. Wang*
                                              _____

Dated: February 6, 2023                          **Ona T. Wang**
       New York, New York                       United States Magistrate Judge