UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALEKSANDR SHAMILOV,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　　:　　20-CV-10224 (RA) (OTW)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-against-　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　:
CITY OF NEW YORK, et al.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Defendants re-filed their Motion to Dismiss on April 12, 2023. (ECF 148). *Pro se* Plaintiff's response is due **May 15, 2023.** Defendants' reply is due **June 15, 2023**. The parties were ordered to file a joint status letter on mediation by February 28, 2023, and did not do so as of the date of this Order. (ECF 143). Counsel for Defendants is directed to file a joint status letter on mediation by **April 20, 2023**.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*
Dated: April 13, 2023　　　　　　　　　　　**Ona T. Wang**
　　　New York, New York　　　　　　　　　United States Magistrate Judge