UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

ALEKSANDR SHAMILOV,

               Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

               Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

20-CV-10224 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 152. The parties are directed to file a **joint status letter** on mediation by **June 30, 2023.** Counsel for Defendants shall file the letter on the docket.

**SO ORDERED.**

Dated: April 27, 2023
       New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge