UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ALEKSANDR SHAMILOV,

           Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

           Defendants.

-------------------------------------------------------------x

20-CV-10224 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 158. The parties are directed to file a **joint status letter** on mediation by **October 18, 2023.** Counsel for Defendants shall file the letter on the docket.

**SO ORDERED.**

Dated: July 3, 2023
       New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge