**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ALEKSANDR SHAMILOV,                      :
                                         :
                Plaintiff,               :          20-CV-10224 (RA) (OTW)
                                         :
        -against-                        :          **ORDER**
                                         :
CITY OF NEW YORK, et al.,                 :
                                         :
                Defendants.              :
                                         :
                                         :
-------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court is in receipt of ECF 179.

        Defendants' motion for an extension of time to file their motion to dismiss is **GRANTED**.

Defendants are directed to file their motion to dismiss by September 13, 2024. Plaintiff is

directed to file their opposition, if any, by October 15, 2024. Defendant is directed to file their

reply, if any, by November 6, 2024.

**SO ORDERED.**

 

                                 *s/ Ona T. Wang*

Dated: September 5, 2024                          **Ona T. Wang**
       New York, New York                     United States Magistrate Judge