UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ALEKSANDR SHAMILOV,

     Plaintiff,

  -v-                                            No.   20-CV-10224-LTS-OTW

CITY OF NEW YORK et al.,

     Defendants.

-------------------------------------------------------x

## Memorandum Order

Pending before the Court is Defendants' motion to dismiss Plaintiff's third amended complaint. (Docket entry no. 184 (the "Motion").) In connection with the Motion, and in response to a request from counsel for the Defendants, the Court's Electronic Case Filing ("ECF") Help Desk placed Exhibit 2 of docket entry no. 185 under temporary seal. The ECF Help Desk further advised counsel to make a proper application for sealing to the undersigned, pursuant to Rule 21.7 of the Court's ECF Rules & Instructions.

By **October 4, 2024**, Defendants are directed to file an application to seal or redact material from the currently sealed exhibit, docket entry no. 185-2, consistent with Rule A.5 of the undersigned's Individual Practices Rules. If no timely application is filed, the exhibit will be unsealed.

     SO ORDERED.

Dated: September 26, 2024
       New York, New York

                                         /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge