# MEMO ENDORSED

**November 9th, 2024**

**Letter asking for a extension to respond to MTD**

**Re: Aleksandr Shamilov v. City of New York  20-cv-10224 (LTS)(OTW)**

**By ECF**

**To**:   Honorable Laura Taylor Swain
United States Magistrate Judge
Southern District of New York
500 Pearl St, Room 17C
New York, New York 10007

**From:**  Aleksandr Shamilov
1901 Avenue N #3G
Brooklyn, NY 11230
alexander.shamilov2014@gmail.com
917.495.4410

**Dear Judge Laura Taylor Swain**:

Would you please grant me an additional 10 days to submit my response to Defendant's motion to dismiss. The date would be moved from Friday November 9th, 2024 to December 9th, 2024 for me to respond.

I need more time to finalize my response.

Plaintiff has conferred with opposing counsel in this matter and the counsel has consented to an extension.

This is my second request in this matter

Respectfully submitted,

Aleksandr Shamilov, *Pro se* Plaintiff
/s/ Aleksandr Shamilov

Cc: Noah Potter via ECF and E-Mail

The foregoing request is granted.  Plaintiff's opposition papers to the pending motion to dismiss (docket entry no. 184) must be filed by **December 9, 2024**. Defendants' reply, if any, must be filed by **January 9, 2025**.
SO ORDERED.
December 3, 2024
/s/ Laura Taylor Swain, Chief USDJ